IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01469-PAB-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RALPH A. WEHRENBERG and
BONNIE M. WEHRENBERG,

    Defendants.

---

## ORDER FOR ENTRY OF CONSENT JUDGMENT AGAINST DEFENDANT BONNIE WEHRENBERG PURSUANT TO SETTLEMENT

---

Based on the Stipulation for Consent Judgment Between Plaintiff United States and Defendant Bonnie Wehrenberg Pursuant to Settlement [Docket No. 35] it is

**ORDERED** that:

1.    Judgment shall be entered in favor of plaintiff United States of America and against defendant Bonnie Wehrenberg with respect to the United States' claims as set forth in the Complaint [Docket No. 1].

2.    To the extent that defendant Bonnie Wehrenberg holds title to the real property at issue in this case ("the Pine Property"), she does so as the nominee of defendant Ralph Wehrenberg. Therefore, the United States' tax liens pertaining to the federal tax liabilities of defendant Ralph Wehrenberg, detailed in the Complaint, have attached to the Pine Property.

3. In complete satisfaction of any claim Bonnie Wehrenberg has to the Pine Property, the United States will pay Bonnie Wehrenberg $23,000.00 from the proceeds of the foreclosure sale of the Pine Property, the payment of which reflects reimbursement for personal expenditures of Bonnie Wehrenberg with respect to the Pine Property; and

4. The parties shall bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

DATED July 22, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge