IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01469-PAB-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RALPH A. WEHRENBERG,

    Defendant.

---

### ORDER OF EJECTMENT

---

    This matter is before the Court on plaintiff's motion for order of ejectment [Docket No. 50].  On January 13, 2011, the Clerk entered default judgment against defendant Ralph A. Wehrenberg [Docket No. 47].  The judgment authorized the sale of the real property at issue in this action and ordered that any occupants of the property vacate the same.  Plaintiff now informs the Court that defendant has not vacated the property and seeks an order of ejectment.  Plaintiff submits the declaration of Internal Revenue Service Property Appraisal and Liquidation Specialist Ernest J. Sell, stating that Mr. Sell personally served defendant with a copy of the Court's judgment on March 10, 2011.  Mr. Sell also states that defendant has not vacated the property and that his continuing occupancy is likely to impede Mr. Sell's efforts to arrange for a sale of the property.  Accordingly, it is

    **ORDERED** that plaintiff's Motion for Order of Ejectment [Docket No. 50] is **GRANTED**.

**ORDERED** that defendant Ralph A. Wehrenberg and all other persons occupying any portion of 13514 U.S. Highway 285, in Jefferson County, Colorado ("the property"), shall, no later than 12:00 p.m. on May 15, 2011, vacate and depart from the property.  It is further

**ORDERED** that the United States Marshal for the District of Colorado is authorized and directed to enforce this order at any time that he deems appropriate after 12:00 p.m. on May 15, 2011, by (1) entering the property and any and all structures and vehicles located on the property; (2) evicting any unauthorized persons from all locations on the property, including, but not limited to, the structures, vehicles, and grounds; and (3) using force as necessary to do so.  When the United States Marshal concludes that all unauthorized persons have vacated, or been evicted from the real property, he shall relinquish possession and custody of such property and any personal property found thereon to an Internal Revenue Service Property Appraisal and Liquidation Specialist.  It is further

**ORDERED** that should Ralph A. Wehrenberg, or any person acting on his behalf, or in concert with him, or occupying the property, either fail to vacate and depart from the property by 12:00 p.m. on May 15, 2011, or attempt to enter onto the real property after that date and time, or purport to authorize, permit, or in any way allow any person to remain on the real property or to enter onto the real property after 12:00 p.m. on May 15, 2011, that person shall be subject to being found in contempt of Court, which may subject that person to a fine, incarceration, or both.  It is further

**ORDERED** that the United States Marshal, within ten days of the entry of this order, shall provide notice of this order to the occupants of the property, either by hand delivery of this order to any occupant of the real property or by affixing this order to a prominent location on the main building upon the property.

DATED April 21, 2011.

            BY THE COURT:

            s/Philip A. Brimmer
            PHILIP A. BRIMMER
            United States District Judge